# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAY 27 PM 1:06

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>EVANS, Sarah L<br>AKA: NATHAN, Sierra R<br>Defendant | Mag. Case Number _____<br><br>'08 MJ 1661<br>CRIMINAL COMPLAINT<br>for violation of           EC   DEPUTY<br><br>Title 21, U.S.C., Sections 952 and<br>960 Importation of a Controlled<br>Substance |

I, the undersigned complainant being duly sworn state that the following is true and correct to the best of my knowledge and belief:

On May 24, 2008, within the Southern District of California, defendant Sarah Lynn EVANS (AKA: Sierra Rose NATHAN) did knowingly and intentionally import approximately 24.46 kilograms (53.5lbs) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____          Michael B Cochran
SPECIAL AGENT                            Printed Name of Complainant
US Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,

THIS 27th DAY OF _____May_____, 2008.

_____
MAGISTRATE JUDGE

## STATEMENT OF FACTS

On May 24, 2008, at approximately 1650 hrs, Sarah Lynn EVANS (AKA: Sierra Rose NATHAN) entered the United States (U.S.) from the Republic of Mexico at the Otay Mesa Port of Entry (POE), San Diego, California (CA). EVANS was the driver of a black 1988 Ford Thunderbird bearing California, license plate 2JLR523. After a narcotics detector dog alerted to the vehicle, the vehicle was referred to the secondary inspection area. In the secondary inspection area, Customs and Border Protection Officers discovered approximately 10 packages containing approximately 24.46 kilograms (approximately 53.8lbs) of a green leafy substance. The packages were found concealed in the trunk (four), behind the rear seat (two ), under the rear seat (two), and one package in each of the quarter pannles. A presumptive test of one of the packages revealed a positive reaction to the presence of marijuana.

EVANS was arrested and charged with violation of Title 21 USC 952, 960, Importation of a Controlled Substance, and was booked into the Metropolitan Correction Center, San Diego, CA. The vehicle and marijuana were seized under seizure number 2008-2506-000474-01.

Michael B. Cochran
Special Agent
Immigration and Customs Enforcement

US Magistrate Judge